# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:   Peter Caci and Denise Caci

Chapter 11
02-47249

Judge Henry J. Boroff

## CLERK'S CERTIFICATION FOR TRANSMITTAL OF RECORD ON APPEAL

04-30157-MAP

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered 02-47249 Peter and Denise Caci (Missing the following Items: 13,20,23,24,53,72,72,76,96 and 97) Will forward upon receipt.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER, IN THE DISTRICT OF MASSACHUSETTS, THIS 17th DAY OF AUGUST.

Date: 8/17/04



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Denisha Sanchez

Deputy Clerk
(508) 770-8926

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this ___ day of August___, 2004.

This case has been assigned No. 04-30157-MAP

Mary Finn
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE | |
|---|---|
| PETER CACI and DENISE CACI | Chapter 13 Case No: 02-47249-HJB |
| Debtors | |

NOTICE OF APPEAL

FRANCIS LAFAYETTE the counsel of record to debtor, appeals under U.S.C. § 158(a) or (b) from the order of the bankruptcy judge

07/08/2004  97  Memorandum of Decision Dated 7/8/04 Regarding [94] Motion to Reconsider [90] Order Filed by Attorney Francis Lafayette. A SEPARATE ORDER SHALL ISSUE. (sas, usbc)

07/08/2004  98  Order Dated 7/8/04 Denying [94] Motion to Reconsider [90] Order Filed by Attorney Francis Lafayette. (sas, usbc)

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

```
Appellant    Francis Lafayette
Debtor:
Attorney:
Address:     Post Office Box 1020
             Palmer, MA 01069
             BBO# 282960
Telephone:   (413) 283-7785

Appellee
Trustee:     Denise M. Pappalardo
             Chapter 13 Trustee
Address:     P.O. Box 16607
             44 Front Street, Suite 230
             Worcester, MA  01601
Telephone:   (508) 791-3300
```

Respectfully

*(signature)*
Francis Lafayette, J. D.
1024 Park Street
Post Office Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE<br>    PETER CACI and<br>    DENISE CACI<br><br>                    Debtors | Chapter 13<br>Case No: 02-47249-HJB |

CERTIFICATE OF SERVICE

I, Francis Lafayette, J. D. have served a copy of the DEBTOR'S notice of appeal on the following parties:

Richard King
Assistant US Trustee
Office Of United States Trustee
446 Main St Ste 14
Worcester MA 01608-2361

Denise M. Pappalardo
P.O. Box 16607
Worcester, MA  01601

Steven Weiss
Shatz, Schwartz & Fentin
1441 Main St.
Suite 1100
Springfield, MA  01103

Joseph B. Collins
Hendel, Collins & Newton
101 State Street
Springfield, MA  01103-2

Peter and Denise Caci
13 Howard St (L) side
Brookfield, MA 01506

_Francis Lafayette, J. D._
Francis Lafayette, J. D.

# United States Bankruptcy Court
## District of Massachusetts

| | |
|---|---|
| In re:<br><br>PETER AND DENISE CACI,<br><br>Debtors | Chapter 7<br><br>Case No. 02-47249-HJB |

### ORDER

For the reasons set forth in this Court's Memorandum of Decision of even date, the "Motion for Reconsideration and to Allow Late Filing of Appeal on Grounds of Excusable Neglect (Fed. R. Bankr. P. 8002(c))" filed by Attorney Francis Lafayette is DENIED.

DATED: July 8, 2004

Henry J. Boroff
United States Bankruptcy Judge

cc: Francis Lafayette, Esq.
Denise Pappalardo, Chapter 13 trustee
United States trustee
Peter and Denise Caci

