UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: PETER CACI AND DENISE CACI,   BANKRUPTCY APPEAL

CIVIL ACTION NO. <u>04-30157-MAP</u>

### O R D E R

PONSOR, D.J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on <u>AUGUST 18, 2004.</u>

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before <u>SEPTEMBER 9, 2004</u> and the Appellee's brief shall be filed on or before <u>SEPTEMBER 30, 2004</u>. The Appellant may file and serve a reply brief on or before <u>OCTOBER 6, 2004</u>.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

<u>AUGUST 18, 2004</u>   /S/ MARY FINN
Date   Deputy Clerk

(BKAppeal Bro.wpd - 12/98)
[bro.]