

**June 15, 2004**

**02-47473**

| | | |
|---|---|---|
| 73 | Opposition | Martin |

**04-41885**

| | | |
|---|---|---|
| 19 | Amended Chapter 13 Plan | Mulverhill |
| 20 | Motion to Modify Plan | Mulverhill |
| 21 | Amended Schedules | Mulverhill |
| 22 | Motion to Amend Schedules | Mulverhill |
| 23 | Declaration Re: Electronic Filing | Mulverhill |

Total Filings on: **June 15, 2004** **6**



**June 16, 2004**

**02-44216**

| | | |
|---|---|---|
| 50 | Chapter 13 Trustee's Motion for Order Dismissing Case | Ranger |

**03-47113**

| | | |
|---|---|---|
| 52 | Opposition | Dion |
| 53 | Opposition | Dion |

**04-04300**

| | | |
|---|---|---|
| 14 | Stipulation | Moreno |

**04-40724**

| | | |
|---|---|---|
| 65 | Motion to Extend | Buckert |
| 66 | Motion to Extend | Buckert |
| 67 | Exhibit A | Buckert |
| 68 | Amended Schedules | Buckert |
| 69 | Motion to Amend | Buckert |

**04-42835**

| | | |
|---|---|---|
| 8 | Notice | Yankson |

**04-43426**

| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 7)(Attorney) | Wheeler |
| 3 | Statement of Social Security Number(s) | Wheeler |
| 4 | Declaration Re: Electronic Filing | Wheeler |

**04-43440**

| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Arnold |
| 2 | Chapter 13 Plan | Arnold |
| 4 | Statement of Social Security Number(s) | Arnold |
| 5 | Declaration Re: Electronic Filing | Arnold |

Total Filings on: **June 16, 2004** **17**

**June 17, 2004**

| | | |
|---|---|---|
| **03-46552** | | |
| 73 | Amended Chapter 13 Plan | Bouffard |
| 74 | Motion to Amend | Bouffard |
| 75 | Amended Schedules | Bouffard |
| 76 | Motion to Amend | Bouffard |
| 77 | Certificate of Service | Bouffard |
| 78 | Declaration Re: Electronic Filing | Bouffard |
| **04-40833** | | |
| 21 | Opposition | Fenner |

Total Filings on: **June 17, 2004** 7



June 18, 2004

**04-41219**

| | | |
|---|---|---|
| 41 | Stipulation | Kelley |
| 42 | Motion to Approve | Kelley |

Total Filings on: **June 18, 2004** **2**

## June 19, 2004

**03-46346**

| | | |
|---|---|---|
| 30 | Objection to Claim | Provost-Lamy |
| 31 | Declaration Re: Electronic Filing | Provost-Lamy |

**03-46928**

| | | |
|---|---|---|
| 31 | Notice of No Post Petition Creditors | Moccio |
| 32 | Declaration Re: Electronic Filing | Moccio |

**04-42636**

| | | |
|---|---|---|
| 12 | Amended Chapter 13 Plan | Rolo |
| 13 | Motion to Amend | Rolo |
| 14 | Amended Schedules | Rolo |
| 15 | Motion to Amend Schedules | Rolo |
| 16 | Declaration Re: Electronic Filing | Rolo |

**04-43537**

| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 7)(Attorney) | Woods |
| 3 | Statement of Social Security Number(s) | Woods |
| 4 | Declaration Re: Electronic Filing | Woods |

Total Filings on: **June 19, 2004** **12**


June 20, 2004

**04-40809**

| | | |
|---|---|---|
| 20 | Opposition | Price |

Total Filings on: **June 20, 2004** **1**

**June 21, 2004**

| | | |
|---|---|---|
| **01-43979** | | |
| 54 | Notice of Post Petition Creditors | Moreno |
| 55 | Statement of Intent | Moreno |
| 56 | Declaration Re: Electronic Filing | Moreno |
| **02-40021** | | |
| 73 | Motion to Incur Debt | Barrett |
| **02-45958** | | |
| 77 | Opposition | Livingstone |
| **02-46690** | | |
| 69 | Motion to Continue/Reschedule Hearing | Knoll |
| 71 | Opposition | Knoll |
| 72 | Certificate of Service | Knoll |
| **04-40249** | | |
| 33 | Certificate of Service | Spears |
| **04-41129** | | |
| 13 | Motion to Appear Telephonically | Beaucage |

Total Filings on: **June 21, 2004** **10**

Total Filings for this report: 83