✳ = Jacki Coyer Filings

## Transaction Log
## Report Period: 06/10/2004 - 06/21/2004

| Id | Date | Case Number | Text |
|---|---|---|---|
| 727099 | 06/10/2004 09:58:57 | 4-04-bk-42668 | Schedules A-J <I>Statement of Financial Affairs, Statement of Intention, Notice To Individual Consumer Debtors, Disclosure Of Compensation Of Attorney For Debtor, Numbered List Of Creditors</I>. Filed by Debtor Candace S Adasiewicz (Lafayette, Franci |
| 727166 | 06/10/2004 10:01:51 | 4-04-bk-42668 | Chapter 13 Agreement between debtor and counsel. Filed by Debtor Candace S Adasiewicz (Lafayette, Francis) |
| 727177 | 06/10/2004 10:04:34 | 4-04-bk-42668 | Chapter 13 Plan With service.. Filed by Debtor Candace S Adasiewicz (Lafayette, Francis) |
| 727187 | 06/10/2004 10:07:12 | 4-04-bk-42668 | Motion to Extend Plan Payment Period To 60 Months Filed by Debtor Candace S Adasiewicz (Lafayette, Francis) |
| 727199 | 06/10/2004 10:12:50 | 4-04-bk-42668 | Declaration Re: Electronic Filing (Re: [11] Schedules A-J,, [12] Chapter 13 Agreement between debtor and counsel, [13] Chapter 13 Plan). Filed by Debtor Candace S Adasiewicz (Lafayette, Francis) |
| | | | Motion to Reconsider (Re: [45] Order on Motion to |

| | | | |
|---|---|---|---|
| 727241 | 06/10/2004 10:18:42 | 4-03-bk-44298 | Dismiss Case, ) <I>with Affidavits and c/s</I> Filed by Debtor Brooke L. Bennett (Lafayette, Francis) |
| 727262 | 06/10/2004 10:25:09 | 4-03-bk-45556 | Motion to Reconsider (Re: [32] Order) <I>with Affidavits and c/s</I> Filed by Debtor James A. Gorski, Joint Debtor Kathleen J. Gorski (Lafayette, Francis) |
| 727467 | 06/10/2004 11:00:33 | 4-03-bk-45556 | Declaration Re: Electronic Filing (Re: [35] Motion to Reconsider). Filed by Debtor James A. Gorski, Joint Debtor Kathleen J. Gorski (Lafayette, Francis) |
| 727515 | 06/10/2004 11:11:39 | 4-03-bk-44298 | Declaration Re: Electronic Filing (Re: [53] Motion to Reconsider). Filed by Debtor Brooke L. Bennett (Lafayette, Francis) |
| 727796 | 06/10/2004 12:09:56 | 04-43304 | Opened New BK Case 04-43304 |
| 727850 | 06/10/2004 12:15:32 | 4-04-bk-43304 | Statement of Social Security Number(s). Filed by Debtor Kevin M. Pascale (Lafayette, Francis) |
| 727868 | 06/10/2004 12:23:05 | 4-04-bk-43304 | Declaration Re: Electronic Filing (Re: [1] Voluntary Petition (Chapter 13) (Attorney)). Filed by Debtor Kevin M. Pascale (Lafayette, Francis) |
| 727911 | 06/10/2004 12:24:31 | 04-43304 | insert 9 creditors loaded |
| 729383 | 06/10/2004 19:42:31 | 04-43338 | Opened New BK Case 04-43338 |

| 729385 | 06/10/2004 19:56:27 | 04-43338 | insert 7 creditors loaded |
|--------|---------------------|----------|---------------------------|
| 729386 | 06/10/2004 19:58:47 | 4-04-bk-43338 | Statement of Social Security Number(s). Filed by Debtor Jesus M. Cabrera (Lafayette, Francis) |
| 729387 | 06/10/2004 20:01:06 | 4-04-bk-43338 | Declaration Re: Electronic Filing (Re: [1] Voluntary Petition (Chapter 13) (Attorney)). Filed by Debtor Jesus M. Cabrera (Lafayette, Francis) |
| 729761 | 06/11/2004 17:01:44 | 4-03-bk-46928 | Motion to Convert Case to Chapter 7. Fee Amount W Filed by Debtor Kelly A. Moccio (Lafayette, Francis) |
| 729762 | 06/11/2004 17:05:38 | 4-03-bk-46928 | Declaration Re: Electronic Filing (Re: [24] Motion to Convert Case to Chapter 7). Filed by Debtor Kelly A. Moccio (Lafayette, Francis) |
| 729766 | 06/11/2004 17:59:13 | 4-03-bk-47195 | Opposition by Debtor Holly S. Kelly Re: [33] Motion for Relief from Stay in Rem Re: 54 Althea St., West Springfield, MA. Filed by Creditor Bank One, N.A. Receipt Number 520763, Fee Amount $150. Objections due by 6/1/2004. c/s (ps, usbc) (Lafa |
| 729771 | 06/11/2004 18:07:16 | 4-03-bk- | Opposition by Debtor Holly S. Kelly Re: [33] Motion for Relief from Stay in Rem Re: 54 Althea St., West Springfield, MA. Filed by Creditor Bank One, N.A. |

| | | 47195 | Receipt Number 520763, Fee Amount $150. Objections due by 6/1/2004. c/s (ps, usbc) (Lafa |
| --- | --- | --- | --- |
| 729801 | 06/13/2004 07:16:46 | 4-04-bk-43053 | Schedules A-J <I>Statement of Financial Affairs, Debtor Statement of Intention, Notice To Individual Consumer Debtor, Disclosure of Attorney Compensation in the Amount of $1,500.00, Numbered Listing of Creditors</I>. Filed by Debtor Penny L. McC |
| 729803 | 06/13/2004 07:20:53 | 4-04-bk-43053 | Chapter 13 Plan With service.. Filed by Debtor Penny L. McCarthy (Lafayette, Francis) |
| 729804 | 06/13/2004 07:24:37 | 4-04-bk-43053 | Motion to Extend Chapter 13 Plan Payment Period Filed by Debtor Penny L. McCarthy (Lafayette, Francis) |
| 729806 | 06/13/2004 08:02:25 | 4-04-bk-43053 | Chapter 13 Agreement between debtor and counsel. Filed by Debtor Penny L. McCarthy (Lafayette, Francis) |
| 729808 | 06/13/2004 08:08:45 | 4-04-bk-43053 | Declaration Re: Electronic Filing (Re: [8] Schedules A-J,, [9] Chapter 13 Plan, [11] Chapter 13 Agreement between debtor and counsel). Filed by Debtor Penny L. McCarthy (Lafayette, Francis) |
| 732044 | 06/14/2004 16:37:45 | 4-04-bk- | Notice <I>of Change of Mailing Address with c/s</I>. Filed by Debtor |



| | | | |
|---|---|---|---|
| | | 43053 | Penny L. McCarthy (Lafayette, Francis) |
| 732175 | 06/14/2004 17:57:31 | 4-04-bk-43026 | Schedules A-J <I>All Schedules and Statements</I>. Filed by Joint Debtor Celeste D. Austin, Debtor Daniel F. Austin (Lafayette, Francis) |
| 732190 | 06/14/2004 18:00:40 | 4-04-bk-43026 | Declaration Re: Electronic Filing (Re: [9] Schedules A-J). Filed by Joint Debtor Celeste D. Austin, Debtor Daniel F. Austin (Lafayette, Francis) |
| 734558 | 06/15/2004 15:55:14 | 4-04-bk-41885 | First Amended Chapter 13 Plan <I>with c/s</I> (RE: [4] Chapter 13 Plan). Filed by Debtor Michelle A. Mulverhill (Lafayette, Francis) |
| 734743 | 06/15/2004 16:40:22 | 4-04-bk-41885 | Motion to Modify Plan <I>with c/s (RE: [19] First Amended Chapter 13 Plan with c/s (RE: [4] Chapter 13 Plan).</I> Filed by Debtor Michelle A. Mulverhill (Lafayette, Francis) |
| 734753 | 06/15/2004 16:45:10 | 4-04-bk-41885 | First Amended Schedules. <I>C, I, and J</I> (Re: [1] Voluntary Petition (Chapter 13)(Attorney), Voluntary Petition (Chapter 13)(Attorney)). Filed by Debtor Michelle A. Mulverhill (Lafayette, Francis) |
| | | 4-04- | Motion to Amend Schedules C, I and J ( [21] Amended |

| | | | | |
|---|---|---|---|---|
| ✳ | 734763 | 06/15/2004 16:48:52 | bk-41885 | Schedules) <I>with c/s</I> Filed by Debtor Michelle A. Mulverhill (Lafayette, Francis) |
| ✳ | 734775 | 06/15/2004 16:52:10 | 4-04-bk-41885 | Declaration Re: Electronic Filing (Re: [19] Amended Chapter 13 Plan, [20] Motion to Modify Plan, [21] Amended Schedules, [22] Motion to Amend Schedules). Filed by Debtor Michelle A. Mulverhill (Lafayette, Francis) |
| ✳ | 734809 | 06/15/2004 17:18:30 | 4-02-bk-47473 | Opposition <I>with c/s</I> by Debtor Heather L. Martin Re: [72] Motion for Relief from Stay Re: 112 E Main St, West Brookfield MA Filed by Creditor Alice Thompson. Objections due by 6/22/2004. Receipt Number 521243, Fee Amount $150. c/s. (mwm, |
| ✳ | 734851 | 06/16/2004 02:17:58 | 4-04-bk-40724 | Motion to Extend Time To File Amended Plan Filed by Debtor Sandra Buckert (Lafayette, Francis) |
| | 734853 | 06/16/2004 03:07:51 | 4-04-bk-40724 | Motion to Extend Time To Satisfy Tax Filing Requirements Filed by Debtor Sandra Buckert (Lafayette, Francis) |
| | 734855 | 06/16/2004 03:40:10 | 4-04-bk-40724 | Exhibit A <I>Motion to Extend Time To Satisfy Tax Filing Requirements Filed by Debtor Sandra Buckert [66]</I>. Filed by Debtor Sandra Buckert (Lafayette, Francis) |

| | | | |
|---|---|---|---|
| 734857 | 06/16/2004 03:50:23 | 4-04-bk-40724 | First Amended Schedules. <I>C</I> (Re: [10] Schedules A-J, ). Filed by Debtor Sandra Buckert (Lafayette, Francis) |
| 734860 | 06/16/2004 03:54:11 | 4-04-bk-40724 | Motion to Amend (Re:[68] Amended Schedules) <I>Schedule C</I> Filed by Debtor Sandra Buckert (Lafayette, Francis) |
| 736030 | 06/16/2004 15:05:25 | 04-43426 | Opened New BK Case 04-43426 |
| 736664 | 06/16/2004 15:12:14 | 4-04-bk-43426 | Statement of Social Security Number(s). Filed by Debtor Jody L. Wheeler (Lafayette, Francis) |
| 736716 | 06/16/2004 15:17:53 | 4-04-bk-43426 | Declaration Re: Electronic Filing (Re: [1] Voluntary Petition (Chapter 7) (Attorney)). Filed by Debtor Jody L. Wheeler (Lafayette, Francis) |
| 736754 | 06/16/2004 15:20:21 | 04-43426 | insert 8 creditors loaded |
| 736829 | 06/16/2004 15:33:02 | 4-03-bk-47113 | Opposition <I>with c/s</I> by Debtor Donald S. Dion Re: [51] Motion for Relief from Automatic Stay Re: 1998 Freightliner Filed by Creditor Daimlerchrysler Services North America, LLC. Receipt 521308, Fee Amount $150. Objections due by 6/28/200 |
| 736841 | 06/16/2004 15:36:15 | 4-03-bk-47113 | Opposition <I>with c/s</I> by Debtor Donald S. Dion Re: [47] Chapter 13 Trustee's Motion for Order Dismissing Case <I>with c/s</I>. Objections due by |

| | | | | |
|---|---|---|---|---|
| | | | | 6/28/2004. (Pappalardo, Denise) (Lafayette, Francis) |
| ✳ | 737179 | 06/16/2004 16:41:21 | 4-04-bk-42835 | Notice <I>of Rescheduled 341 Meeting of Creditors with c/s</I> (RE: Meeting (Chapter 7)). Filed by Debtor Susana Yankson (Lafayette, Francis) |
| | 737312 | 06/16/2004 17:32:55 | 4-04-ap-4300 | Stipulation By Plaintiff Jacqueline Moreno and American Honda Finance Corp. <I>(Pre-Trial) with c/s</I>. Filed by Plaintiff Jacqueline Moreno (Lafayette, Francis) |
| ✳ | 737321 | 06/16/2004 17:57:10 | 04-43440 | Opened New BK Case 04-43440 |
| ✳ | 737332 | 06/16/2004 18:05:24 | 4-04-bk-43440 | Chapter 13 Plan with service.. Filed by Debtor Herminia M. Arnold (Lafayette, Francis) |
| ✳ | 737335 | 06/16/2004 18:08:23 | 4-04-bk-43440 | Statement of Social Security Number(s). Filed by Debtor Herminia M. Arnold (Lafayette, Francis) |
| ✳ | 737336 | 06/16/2004 18:11:58 | 4-04-bk-43440 | Declaration Re: Electronic Filing (Re: [1] Voluntary Petition (Chapter 13) (Attorney), Voluntary Petition (Chapter 13) (Attorney), [2] Chapter 13 Plan). Filed by Debtor Herminia M. Arnold (Lafayette, Francis) |
| ✳ | 737337 | 06/16/2004 18:13:47 | 04-43440 | insert 14 creditors loaded |
| | | | | Second Amended Chapter 13 |

| | | | |
|---|---|---|---|
| 737351 | 06/17/2004 03:53:47 | 4-03-bk-46552 | Plan (RE: [51] Amended Chapter 13 Plan, [2] Chapter 13 Plan). Filed by Debtor James F. Bouffard, Joint Debtor Mary K. Bouffard (Lafayette, Francis) |
| 737352 | 06/17/2004 06:30:17 | 4-03-bk-46552 | Motion to Amend (Re:[2] Chapter 13 Plan) Filed by Debtor James F. Bouffard, Joint Debtor Mary K. Bouffard (Lafayette, Francis) |
| 737353 | 06/17/2004 07:02:05 | 4-03-bk-46552 | Fourth Amended Schedules. <I>J</I> (Re: [1] Voluntary Petition (Chapter 13), Voluntary Petition (Chapter 13)). Filed by Debtor James F. Bouffard, Joint Debtor Mary K. Bouffard (Lafayette, Francis) |
| 737362 | 06/17/2004 07:56:34 | 4-03-bk-46552 | Motion to Amend (Re:[75] Amended Schedules) <I>J</I> Filed by Debtor James F. Bouffard, Joint Debtor Mary K. Bouffard (Lafayette, Francis) |
| 737425 | 06/17/2004 08:40:04 | 4-03-bk-46552 | Certificate of Service (Re: [74] Motion to Amend, [73] Amended Chapter 13 Plan). Filed by Debtor James F. Bouffard, Joint Debtor Mary K. Bouffard (Lafayette, Francis) |
| 737486 | 06/17/2004 08:55:06 | 4-03-bk-46552 | Declaration Re: Electronic Filing (Re: [75] Amended Schedules, [73] Amended Chapter 13 Plan). Filed by Debtor James F. Bouffard, Joint Debtor Mary K. |

| | | | |
|---|---|---|---|
| | | | Bouffard (Lafayette, Francis) |
| 739620 | 06/17/2004 16:13:31 | 4-04-bk-40833 | Opposition <I>with c/s</I> by Debtor William Fenner Re: [19] Motion for Relief from Stay Re: 267 Breckenridge Street, Palmer, MA <I>with C/S and Proposed Order</I>. Fee Amount $150, Filed by Creditor NationsCredit Financial Services Corp Objec |
| 742278 | 06/19/2004 12:42:20 | 4-03-bk-46928 | Notice of No Post Petition Creditors.. Filed by Debtor Kelly A. Moccio (Lafayette, Francis) |
| 742279 | 06/19/2004 12:52:43 | 4-03-bk-46928 | Declaration Re: Electronic Filing (Re: [31] Notice of No Post Petition Creditors). Filed by Debtor Kelly A. Moccio (Lafayette, Francis) |
| 742284 | 06/19/2004 14:14:33 | 4-03-bk-46346 | Objection to Claim <I>No. 5 Massachusetts Department of Revenue with c/s</I> Filed by Debtor Janice M. Provost-Lamy. (Lafayette, Francis) |
| 742285 | 06/19/2004 14:25:23 | 4-03-bk-46346 | Declaration Re: Electronic Filing (Re: [30] Objection to Claim). Filed by Debtor Janice M. Provost-Lamy (Lafayette, Francis) |
| 742286 | 06/19/2004 14:55:20 | 04-43537 | Opened New BK Case 04-43537 |
| 742288 | 06/19/2004 14:57:58 | 4-04-bk-43537 | Statement of Social Security Number(s). Filed by Joint Debtor Janet I. Woods, Debtor Michael J. |

| | | | | |
|---|---|---|---|---|
| | | | | Woods Jr. (Lafayette, Francis) |
| ✳ | 742289 | 06/19/2004 15:00:05 | 4-04-bk-43537 | Declaration Re: Electronic Filing (Re: [1] Voluntary Petition (Chapter 7) (Attorney)). Filed by Joint Debtor Janet I. Woods, Debtor Michael J. Woods Jr. (Lafayette, Francis) |
| ✳ | 742290 | 06/19/2004 15:00:52 | 04-43537 | insert 3 creditors loaded |
| ✳ | 742297 | 06/19/2004 18:50:04 | 4-04-bk-42636 | First Amended Chapter 13 Plan <I>(pre-confirmation)</I> (RE: [2] Chapter 13 Plan). Filed by Debtor Jacalyn E. Rolo (Lafayette, Francis) |
| ✳ | 742298 | 06/19/2004 19:00:20 | 4-04-bk-42636 | Motion to Amend (Re:[12] Amended Chapter 13 Plan) Filed by Debtor Jacalyn E. Rolo (Lafayette, Francis) |
| ✳ | 742301 | 06/19/2004 19:07:36 | 4-04-bk-42636 | Amended Schedules. <I>J</I> (Re: [1] Voluntary Petition (Chapter 13)(Attorney), Voluntary Petition (Chapter 13)(Attorney)). Filed by Debtor Jacalyn E. Rolo (Lafayette, Francis) |
| ✳ | 742302 | 06/19/2004 19:10:33 | 4-04-bk-42636 | Motion to Amend Schedules J ( [14] Amended Schedules) Filed by Debtor Jacalyn E. Rolo (Lafayette, Francis) |
| ✳ | 742303 | 06/19/2004 19:14:39 | 4-04-bk-42636 | Declaration Re: Electronic Filing (Re: [14] Amended Schedules, [12] Amended Chapter 13 Plan). Filed by Debtor Jacalyn E. Rolo |

| | | | |
|---|---|---|---|
| | | | (Lafayette, Francis) |
| ✳ | 742319 | 06/20/2004 20:07:38 | 4-04-bk-40809 | Opposition by Debtor Sylvia A Price Re: [18] Motion for Relief from Stay Re: 128 Newfield Road, Springfield, MA 01119 <I>, Certificate of Service and Proposed Order</I>. Fee Amount $150, Filed by Creditor Wells Fargo Bank Minnesota Objections |
| ✳ | 743423 | 06/21/2004 13:09:53 | 4-04-bk-41129 | Emergency Motion to Appear Telephonically(Re: [11] Hearing Scheduled 6/22/2004 at 02:00 PM in Worcester Courtroom 3 - JBR on [10] Objection of the United States of America, Internal Revenue Service to Confirmation of Debtor's Chapter 13 Plan. ( |
| ✳ | 744472 | 06/21/2004 15:55:09 | 4-02-bk-46690 | Assented To Motion to Continue Hearing (Re: [65] Hearing Scheduled) <I>with c/s</I> Filed by Debtor Sylvia M. Knoll (Lafayette, Francis) |
| ✳ | 744620 | 06/21/2004 16:23:18 | 4-01-bk-43979 | Notice of Post Petition Creditors.. Filed by Debtor Jacqueline Moreno (Lafayette, Francis) |
| ✳ | 744640 | 06/21/2004 16:31:02 | 4-01-bk-43979 | Statement of Intent. Filed by Debtor Jacqueline Moreno (Lafayette, Francis) |
| | | | 4-01- | Declaration Re: Electronic Filing (Re: [55] Statement of Intent, [54] Notice of |

| | | | | |
|---|---|---|---|---|
| ✳ | 744669 | 06/21/2004 16:53:53 | bk-43979 | Post Petition Creditors). Filed by Debtor Jacqueline Moreno (Lafayette, Francis) |
| | 744793 | 06/21/2004 17:03:27 | 4-02-bk-40021 | Motion to Incur Debt Filed by Debtor Sean Edward Barrett (Lafayette, Francis) |
| ✳ | 744797 | 06/21/2004 17:17:08 | 4-02-bk-45958 | Opposition <I>with c/s</I> by Debtor Robert C. Livingstone Jr. Re: [76] Motion for Relief from Stay Re: 125 Verge Street, Springfield, MA Filed by Creditor SFJV-2002-1, LLC. Objections due by 7/5/04. Receipt Number 521502, Fee Amount $150. c/s |
| ✳ | 744805 | 06/21/2004 17:22:09 | 4-02-bk-46690 | Opposition <I>with c/s</I> by Debtor Sylvia M. Knoll Re: [67] Motion for Relief from Stay Re: 37 Oakham Road, Barre, MA 01005 <I>, Certificate of Service and Proposed Order</I>. Fee Amount $150, Filed by Creditor Chase Manhattan Mortgage Corp. |
| ✳ | 744811 | 06/21/2004 17:49:15 | 4-02-bk-46690 | Certificate of Service <I>of Notice of Rescheduled Court Hearing</I> (Re: [59] Chapter 13 Trustee's Motion for Order Dismissing Case). Filed by Debtor Sylvia M. Knoll (Lafayette, Francis) |
| | | | | Opposition by Interested Party James Thompson Re: [20] Motion for Relief from Stay Re: to Proceed |

| | | | | |
|---|---|---|---|---|
| /44843 | 06/21/2004 22:58:04 | 4-04-bk-41214 | in Hampden County Housing Court Filed by Interested Party James Thompson. c/s Receipt Number 521221, Fee Amount $150, Objections due by 6/21/2004. |

**Total Number of Transactions:** 84

# AFFIDAVIT

1. My name is Jacki Coyer and I have worked for Attorney Lafayette since April of 2001.

2. I am currently a legal assistant enrolled in a paralegal certificate program.

3. Between the dates of June 10, 2004 and June 21, 2004 our office filed 84 documents, including new petitions, electronically with the United States Bankruptcy Court.

4. I electronically filed 50 of the 84 proceedings, including some of the weekend filings.

5. The 84 filings represent 29 clients Bankruptcy matters. The documents that I filed were approximately 20 of the 29 client's proceedings.

This information is true and correct to the best of my information and belief.

Signed under the pains and penalties of perjury this 2nd day of November, 2004.

**TO BE COMPLETED BY HEALTH CARE PROVIDER**

CLINICAL DIAGNOSIS: *Polyneuropathy* _____ (Required)

DURATION (circle one):  Temporary    (Permanent)
   If temporary, please state # of months _____

PLEASE CHECK *ALL* THAT APPLY:

☑ Unable to walk 200 feet without assistance (clinical diagnosis **MUST** be completed)

_____ Legally Blind* (Cert. Of Blindness may substitute for professional certification) (*automatic loss of license)

_____ Chronic Lung Disease
   Please state FEV1 Test results _____ O2 saturation with minimal exertion _____
   Use of Portable Oxygen?  Yes _____ No _____

_____ Cardiovascular Disease
   AHA Functional Classification (circle one): I    II    III    IV*
                                               (*automatic loss of license)
_____ Arthritis (please state type, severity, and location) _____

_____

_____ Loss of or permanent loss of use of a limb
   Description of functional disability _____

_____

HEALTHCARE PROVIDER *MUST* CHECK ONE:

In my professional opinion and to a reasonable degree of medical certainty:

☑ The above condition, or any other medical condition of which I am aware, **WILL NOT IMPAIR** the safe *operation of a motor vehicle.*
☐ The person applying for this permit is **NOT** medically qualified to operate a motor vehicle safely.
☐ The medical condition as stated above is of such severity as to require a **COMPETENCY ROAD TEST.**

CERTIFICATION: (Please Print)

_____ Michael R. Sorrell, M.D. _____                    56495
Healthcare Provider's Name        300 Carew Street, Suite 2    Title        Mass Board of Registration. #
_____ Springfield, Massachusetts 01104 _____
Address

413-781-5050
Healthcare Provider's Signature

6-3-04
Date

-2-

M20060-0902

052572        7884
SPRINGFIELD NEUROLOGY ASSOCIAT
300 CAREW STREET
SPRINGFIELD MA 01104

# STATEMENT

9251
B5392X
TU14
BN8 010
1537 R

ADDRESS SERVICE REQUESTED

| Please Include Security Code From Back Of Card | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT | | |
| ☐ MASTERCARD | ☐ VISA | ☐ AMERICAN EXPR: 99 |
| CARD NUMBER | | EXP. DATE |
| CARDHOLDER NAME | | SECURITY CODE |
| SIGNATURE | | AMOUNT |

FRANCIS LAFAYETTE
P  O  BOX 1020
PALMER, MA 01069-4020

REMIT TO:  SPRINGFIELD NEUROLOGY ASSOCIAT
300 CAREW STREET
SPRINGFIELD, MA 01104-2316

PLEASE RETURN THIS PORTION WITH PAYMENT

| Office Phone Number (413) 781-5050 | Statement Date 09/13/04 | Your Account Number 7884 | Page No. 01 | New Balance 433.00 | SHOW AMOUNT PAID HERE  $ |
|---|---|---|---|---|---|

CHARGES APPEARING ON THIS STATEMENT ARE NOT INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 071503 | SORRELL MD | CPT: 95861 MUSCLE TESTING, TWO EXTREM F LAFAYETTE | | 245.00 | | 245.00 |
| 071503 | | CPT: 95900 NERVE CONDUCTN TEST EA NERVE MOTOR W/O | | 220.00 | | 465.00 |
| 071503 | | CPT: 95904 NERVE CONDUCTN TEST, EA NERVE, SENSORY | | 400.00 | | 865.00 |
| 071503 | | CPT: 95934 H-REFLEX TEST, GASTROCNEMIUS MUSCLE | | 130.00 | | 995.00 |
| 071503 | | CPT: 95903 NERVE CONDUCTN TEST EA NERVE MOTOR W/F | | 660.00 | | 1655.00 |
| 072403 | | VISA/MASTECARD PAYMENT, THANK YOU | | | -300.00 | 1355.00 |
| 101503 | | VISA/MASTECARD PAYMENT, THANK YOU | | | -225.00 | 1130.00 |
| 010604 | | #527241234 PERSONAL CHECK, THANK YOU | | | -113.00 | 1017.00 |
| 021004 | | 826610329PERSONAL CHECK, THANK YOU | | | -113.00 | 904.00 |
| 030904 | | 919961842PERSONAL CHECK, THANK YOU | | | -113.00 | 791.00 |
| 040504 | | CK871524381 | | | -113.00 | 678.00 |
| 051104 | | CK#870530959 | | | -113.00 | 565.00 |
| 061704 | | CK 731405901 | | | -113.00 | 452.00 |
| 070704 | | CK 710245433 | | | -113.00 | 339.00 |
| 081104 | | CK 171466392 | | | -113.00 | 226.00 |
| 090904 | | CK 042017205 | | | -113.00 | 113.00 |
| 041404 | SORRELL MD | CPT: 99214 OFFICE/OUTPATIENT VISIT, E F LAFAYETTE | | 160.00 | | 273.00 |
| 060304 | SORRELL MD | CPT: 99214 OFFICE/OUTPATIENT VISIT, E F LAFAYETTE | | 160.00 | | 433.00 |
| | | PERSONAL  PAYMENTS RECEIVED SINCE 08/14/04 | 113.00 | | | |

BILLING DEPT OPEN MON-FRI 1:30PM TO 4PM

| Statement Date: | 09/13/04 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | | 7884 |
|---|---|---|---|---|

| CURRENT | 30-60 DAYS | 60-90 DAYS | > 90 DAYS | TOTAL | INS PENDING | NEW BALANCE PAY THIS AMOUNT |
|---|---|---|---|---|---|---|
| | | | 433.00 | 433.00 | 0.00 | 433.00 |

SEND INQUIRIES /PAYMENTS TO:
SPRINGFIELD NEUROLOGY ASSOCIAT
300 CAREW STREET
SPRINGFIELD MA 01104

(413) 781-5050

SPRINGFIELD NEUROLOGY ASSOCIATES, LLC
MICHAEL R. SORRELL, M.D., F.A.A.N.
EMILIO MELCHIORRA, M.D.
PHILIP HSU, M.D.
AMY PODWORSKI, PA-C
300 CAREW STREET
SPRINGFIELD, MA 01104
(413) 781-8060

NAME _____ AGE _____

ADDRESS _____ DATE _____

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

CHARCOT - Marie - Tooth
   Disease

Refill ___ times

SIGNATURE _____

PLEASE PRINT NAME _____

Interchange is mandated unless the practitioner writes
the words 'NO SUBSTITUTION' in this space.
○                                    3DNEC025174



**Wing Memorial**
Hospital and Medical Centers
A Member of
**UMass Memorial Health Care**

## FOLLOW UP TO YOUR RECENT DIAGNOSTIC TESTS OR RECENT PROCEDURE(S)

DATE: 6- 24-04

PATIENT: Francis Lafayette          MR# _____

| LAB TEST RESULTS: | X-RAY RESULTS: | MAMMOGRAM: | PAP SMEAR: |
|---|---|---|---|

Prostate cancer screening test normal)
Diabetes control: Not good -
not, Not surprising, will
recheck in several months

**BASED ON THIS INFORMATION:**

☐ NO FURTHER TESTS ARE REQUIRED AT THIS TIME
☐ STAY ON YOUR CURRENT MEDICATION
☐ CHANGE YOUR MEDICATION AS INDICATED: _____

☐ ARRANGE FOR THE FOLOWING: _____

_____

SINCERELY:

_Amezuie/mme_ _____ _____ MD

**WING MEDICAL CENTER AT:**

☐ BELCHERTOWN, tel. 323-5118 fax: 323-6158
20 Daniel Shays Highway, Belchertown, MA 01007

☐ LUDLOW, tel. 589-0583 fax: 583-5239
34 Hubbard Street, Ludlow, MA 01056

☑ MONSON, tel. 267-9101 fax: 267-4606
2 Main Street, Monson, MA 01057

☐ PALMER, tel. 284-5400 fax: 284-5194
40 Wright Street, Palmer, MA 01069

☐ WILBRAHAM, tel. 596-3455 fax: 596-2961
2344 Boston Road, Wilbraham, MA 01095

☐ Griswold Center, tel. 284-5285 fax: 284-5384
40 Wright St., Palmer, MA 01069

*This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, transmission, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender.*
*750-1014 11/03*                                                        01027



**Wing Memorial**
Hospital and Medical Centers
A Member of
UMass Memorial Health Care

## FOLLOW UP TO YOUR RECENT DIAGNOSTIC TESTS OR RECENT PROCEDURE(S)

DATE: _8/4/04_

PATIENT: _Francis Lafayette_          MR# _____

| LAB TEST RESULTS: | X-RAY RESULTS: | MAMMOGRAM: | PAP SMEAR: |
|---|---|---|---|

_There are degenerative changes but no serious findings._

**BASED ON THIS INFORMATION:**

☐      NO FURTHER TESTS ARE REQUIRED AT THIS TIME
☐      STAY ON YOUR CURRENT MEDICATION
☐      CHANGE YOUR MEDICATION AS INDICATED: _____

☐      ARRANGE FOR THE FOLOWING: _____

**SINCERELY:**

_D Maguire / DF_ _____MD

**WING MEDICAL CENTER AT:**

☐    BELCHERTOWN, tel. 323-5118 fax: 323-6158
     20 Daniel Shays Highway, Belchertown, MA 01007
☐    LUDLOW, tel. 589-0583 fax: 583-5239
     34 Hubbard Street, Ludlow, MA 01056
☒    MONSON, tel. 267-9101 fax: 267-4606
     2 Main Street, Monson, MA 01057

☐    PALMER, tel. 284-5400 fax: 284-5194
     40 Wright Street, Palmer, MA 01069
☐    WILBRAHAM, tel. 596-3455 fax: 596-2961
     2344 Boston Road, Wilbraham, MA 01095
☐    Griswold Center, tel. 284-5285 fax: 284-5384
     40 Wright St., Palmer, MA 01069

*This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, transmission, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender.*

750-1014 11/03

01027



**Wing Memorial**
Hospital and Medical Centers
*A Member of*
**UMass Memorial Health Care**

## FOLLOW UP TO YOUR RECENT DIAGNOSTIC TESTS OR RECENT PROCEDURE(S)

DATE: _10/18/04_

PATIENT: _Francis Lafayette_          MR# _____

LAB TEST RESULTS:     X-RAY RESULTS:          MAMMOGRAM:          PAP SMEAR:

_Blood sugar was (342) too high_
_The over all diabete control test_
_was better. But as you know_
_we have a ways to go._

### BASED ON THIS INFORMATION:

☐ NO FURTHER TESTS ARE REQUIRED AT THIS TIME
☐ STAY ON YOUR CURRENT MEDICATION
☐ CHANGE YOUR MEDICATION AS INDICATED: _____

☐     ARRANGE FOR THE FOLOWING: _____

SINCERELY:

_Maguire / mmc_                                          _____ MD

WING MEDICAL CENTER AT:
☐  BELCHERTOWN, tel. 323-5118 fax: 323-6158
     20 Daniel Shays Highway, Belchertown, MA 01007
☐  LUDLOW, tel. 589-0583 fax: 583-5239
     34 Hubbard Street, Ludlow, MA 01056
☐  MONSON, tel. 267-9101 fax: 267-4606
     2 Main Street, Monson, MA 01057

☐  PALMER, tel. 284-5400 fax: 284-5194
     40 Wright Street, Palmer, MA 01069
☐  WILBRAHAM, tel. 596-3455 fax: 596-2961
     2344 Boston Road, Wilbraham, MA 01095
☐  Griswold Center, tel. 284-5285 fax: 284-5384
     40 Wright St., Palmer, MA 01069

*This information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, transmission, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender.*
750-1014 11/03                                                    01027

**P87352008**



Disabled Persons
Parking Identification Placard



LAFAYETTE

FRANCIS

JOSEPH

**Expires:**

**08-31-09**

Commonwealth of
**Massachusetts**