UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


PETER CACI & DENISE CACI,
    Appellant(s)

v.        CIVIL ACTION: 04-30157-MAP

PHOEBE MORSE, UNITED STATES TRUSTEE,
    Appellee(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Appellees pursuant to the Memorandum of the Court entered this date Affirming the rulings of the Bankruptcy Judge and Dismissing this appeal.

        SARAH A. THORNTON,
        CLERK OF COURT

Dated: June 3, 2005    By /s/ Mary Finn
        Deputy Clerk

(Judgment Civil.wpd - 11/98)    [jgm.]